OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 31, 2026

Elizabeth Algeri
Monica G. Antoun, Esq.
Alexandra M. Goncalves, Esq.
Madeline Henley, Esq.
Laura H. Hickein, Esq.
Andrew B. Insenga, Esq.
Gregory M. Kelch, Esq.
Margaret A. Kopel, Esq.
Kristin A. Macleod-Ball, Esq.
Peter L. Markowitz, Esq.
Yadhira Marmolejos Contreras
Lindsay C. Nash, Esq.
Trina A. Realmuto, Esq.
Gina M. Starfield, Esq.
Serena Taj, Esq.

RE: R.C.B. v. Attorney General United States of America;
Jose Velasquez Banegas v. Attorney General United States of America;
J. C. A. G. v. Attorney General United States of America
Case Number: 25-2358, 25-2414 & 25-2424
Agency Case Number: A078-949-752; et al.

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled appeals that oral argument on the merits is scheduled on **Tuesday, September 22, 2026**. Court will convene at **2:30 P.M.** in **Courtroom #2, 3rd Floor, Ceremonial Courtroom, Frank R. Lautenberg U.S. Post Office & Courthouse, Newark, NJ.** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Oral argument for all three appeals will be consolidated and limited to the issues of jurisdiction and venue (at issue only in No. 25-2358). Each side will be allotted **20 minutes** of argument time. The parties should work together to divide the argument time as they see fit and should avoid unnecessary repetition. If necessary, a division of time form shall be filed through CM/ECF as soon as possible. Counsel are also encouraged to review the Court's general instructions for oral argument.

Pursuant to Fed. R. App. P. 29(a)(8), an amicus curiae may participate in oral argument only with the Court's permission.

Appellants and Appellees are asked to provide very brief summaries of the issues in the case by docketing the **Summary of Oral Argument** event, located in the **Argument Notices & Acknowledgements** category, within five (5) business days. This is part of a program to provide the public with information about the Court's cases. The summaries will be posted on the Court's website.

Audio of arguments is posted on the Court's website shortly after the conclusion of arguments. In addition, the Court may direct that video of oral argument[1] in cases that are of significant interest to the public, the bar or the academic community be posted on the website. In order to assist the Court in this determination, Appellants and Appellees will be asked, when providing the summary of oral argument, whether they recommend that video be posted or whether they object to the posting of video. Whether video is posted is within the sole discretion of the judges hearing oral argument. The panel of the Court will determine after oral argument whether video of any argument should be posted. Attorneys will be notified if video will be posted and given a further opportunity to object by close of business the next day.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **CHAGARES, Chief Judge, MATEY and BOVE, Circuit Judges**

Very truly yours,

Patricia S. Dodszuweit

PATRICIA S. DODSZUWEIT
Clerk

By: Ashley
Calendar Clerk
267-299-4947

[1] Only arguments scheduled in the Albert Branson Maris and Collins J. Seitz courtrooms in Philadelphia, PA are video recorded.